ACCEPTED
01-15-00404
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/19/2015 2:23:10 PM
CHRISTOPHER PRINE
CLERK

**MICHAEL BURNS**

Licensed in Texas, New Mexico          ATTORNEY AT LAW
 and Arizona                                    P.O. BOX 992
                                                    ALLEN, TEXAS 75013                    FILED IN
                            Office and Cell Phone: 214-354-1667          1st COURT OF APPEALS
                              E-mail:burnslaw@outlook.com                  HOUSTON, TEXAS

6/19/2015 2:23:10 PM
CHRISTOPHER A. PRINE
Clerk

June 19, 2015

First Court of Appeals of Texas
301 Fannin Street
Houston, Texas 77002-2066

Re: Case Number: 01-15-00404-CV

Style: Mid Pac Portfolio, LLC v. Paula Welch, Clyde Ashworth, et. al.

Dear Clerk:

I represent Appellant Mid Pac Portfolio, LLC in the above referenced case. Please send me a copy of the record on appeal (the clerk's and reporter's record) to my address on this letter.

Thank you for your assistance. Please contact me if you have any questions.

Sincerely,

/s/ Michael Burns